JOAQUIN CARRILLO, Respondent, v. C. D. SMITH, Appellant.

No. 2039; April 9, 1869.

**New Trial—Time for Filing Statement.**—On a motion for a new trial the court or commissioner is authorized by statute to extend the time for filing the statement twenty days in addition to the five days allowed the applicant as a right.

APPEAL from Seventh Judicial District, Sonoma County.

Latimer & McCullough for respondent; A. Thomas for appellant.

SAWYER, C. J.—Under section 195 the court or commissioner is authorized to extend the time for filing statement on motion for new trial twenty days in addition to the five or ten days given by the statute. Order reversed, and cause remanded by consent of parties with directions to the district court to proceed and settle the statement and hear the motion for new trial, and remittitur ordered to issue forthwith.

We concur: Rhodes, J.; Sprague, J.; Sanderson, J.; Crockett, J.